# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| JEFFREY L. SAXINGER, JOANNE SAXINGER, MATTHEW SAXINGER, | :   No. 661 MAL 2019 |
| | : |
| Petitioners | :   Petition for Allowance of Appeal |
| | :   from the Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| BRENNTAG NORTHEAST, INC., ARMSTRONG WORLD INDUSTRIES, AND ALAN J. HAY, M.D., | : |
| | : |
| | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.